**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Clifford Edward DODD, Defendant—
Appellant.**

**No. 03–50325.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 8, 2004.

Decided June 23, 2004.

Ronald L. Cheng, Esq., Robert Edward Dugdale, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

William S. Harris, Esq., Stewart & Harris, South Pasadena, CA, for Defendant–Appellant.

Before: D.W. NELSON, KOZINSKI, and GRABER, Circuit Judges.

### MEMORANDUM *

Appellant Clifford Edward Dodd entered a conditional guilty plea to conspiracy to manufacture, distribute, and possess methamphetamine, in violation of 21 U.S.C. § 846. Dodd appeals the district court's denial of his motion to suppress evidence seized from his truck and his house.

The information collectively known to law enforcement, as well as the rational

inferences drawn from such information, provided the officers with reasonable suspicion that Dodd would be transporting methamphetamine on the morning in question. *See United States v. Hensley,* 469 U.S. 221, 232–33, 105 S.Ct. 675, 83 L.Ed.2d 604 (1985); *United States v. Sutton,* 794 F.2d 1415, 1426 (9th Cir.1986). Because the *Terry* [1] stop was lawful, the evidence that flowed from it was obtained permissibly.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Terry v. Ohio,* 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968).